UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOMINION CAPITAL LLC,

                  Plaintiff,

    v.

SHIFTPIXY, INC.,

                  Defendant.

**AMENDED ORDER
TO SHOW CAUSE**

19 Civ. 6704 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the July 18, 2019 Order to Show Cause (Dkt. No. 4) is amended as follows:

- Defendant's opposition is to be served and filed by **August 1, 2019**;

- Plaintiff's reply, if any, is to be served and filed by **August 5, 2019**;

- The show cause hearing will take place on **Thursday, August 8, 2019 at 4:00 p.m.** in in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       July 26, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge