UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOMINION CAPITAL LLC,

                Plaintiff,

-against-

SHIFTPIXY, INC.,

                Defendant.

19 cv 6704 ( )

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of __John C. Clough__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __California and Florida__; and that his/her contact information is as follows (please print):

Applicant's Name: __John C. Clough__

Firm Name: __FITZGERALD YAP KREDITOR LLP__

Address: __2 Park Plaza, Suite 850__

City / State / Zip: __Irvine, California 92614__

Telephone / Fax: __949.788-8900__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Defendant SHIFTPIXY, INC.__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
United States District / Magistrate Judge