UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
                                                :
Dominion Capital LLC,                           :
                                                :    19 Civ. 6704 (PGG)
                        Plaintiff,              :
                                                :
        -against-                               :
                                                :    **NOTICE OF APPEARANCE**
ShiftPixy, Inc.,                                :
                                                :
                        Defendant.              :
                                                :
------------------------------------------------X

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel in this case for plaintiff Dominion Capital LLC. I certify that I am admitted to practice before this Court.


Dated:  New York, New York
        August 5, 2019

                                            /s/David E. Danovitch
                                            David E. Danovitch

                                            Sullivan & Worcester LLP
                                            1633 Broadway
                                            New York, New York 10019

                                            Telephone: (212) 660-3000
                                            Facsimile: (212) 660-3001
                                            Email: asetz@sullivanlaw.com