UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOMINION CAPITAL LLC,

                Plaintiff,

    v.

SHIFTPIXY, INC.,

               Defendant.

**ORDER**

19 Civ. 6704 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        For the reasons stated in open court on August 8, 2019, it is hereby ORDERED that Plaintiff's application for a preliminary injunction is denied. Defendant is directed to provide thirty days' notice to Plaintiff and the Court prior to implementing a stock buyback program.

        It is further ORDERED that the parties must complete fact discovery no later than **September 6, 2019**. The next pretrial conference will take place on **September 9, 2019 at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       August 11, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge