UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOMINION CAPITAL LLC,

                Plaintiff,

     v.

SHIFTPIXY, INC.,

                Defendant.

**ORDER**

19 Civ. 6704 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the following schedule will apply to Plaintiff's motion for summary judgment:

- Plaintiff's motion is due by **September 17, 2019**;
- Defendant's opposition is due by **October 1, 2019**;
- Plaintiff's reply, if any, is due by **October 7, 2019**.

Dated: New York, New York
       September 10, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge