UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------- X
                                                                    :
Dominion Capital LLC,                           :
                                                                    :     Case No. 19-cv-6704 (PGG)
                          Plaintiff,    :
                                                                      :
             -against-                      :     **STIPULATION OF DISMISSAL**
                                                                      :     **OF COUNTERCLAIMS WITH**
ShiftPixy, Inc.,                                  :     **PREJUDICE**
                                                                      :
                          Defendant.   :
----------------------------------------------- X

      Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c), Plaintiff and Counter-Defendant Dominion Capital LLC and Defendant and Counter-Plaintiff ShiftPixy, Inc., by and through their respective undersigned attorneys, stipulate and agree that Defendant and Counter-Plaintiff's Counterclaims (Docket No. 28) in the above-captioned action are dismissed, with prejudice and without costs or fees as to either party.

Dated: October 3, 2019

| | |
|---|---|
| /s/ Peter R. Ginsberg | /s/ Martin E. Karlinsky |
| Peter R. Ginsberg | Martin E. Karlinsky |
| David E. Danovitch | **Karlinsky LLC** |
| **Sullivan & Worcester LLP** | 103 Mountain Road |
| 1633 Broadway | Cornwall-on-Hudson, NY 12520 |
| New York, NY 10019 | (603) 433-6300 (phone) |
| (212) 660-3000 (phone) | martin.karlinsky@karlinskyllc.com |
| prginsberg@sullivanlaw.com | |
| ddanovitch@sullivanlaw.com | - and – |
| | |
| *Attorneys for Plaintiff Dominion Capital LLC* | John C. Clough |
| | **Fitzgerald Yap Kreditor LLP** |
| | 2 Park Plaza, Suite 850 |
| | Irvine, CA 92614 |
| | (949) 788-8900 (phone) |
| | jclough@fyklaw.com |
| | |
| | *Attorneys for Defendant ShiftPixy, Inc.* |