UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------- X
                                                             :

Dominion Capital LLC,                            :

                                                              :       Case No. 19-cv-6704 (PGG)
                                Plaintiff,               :

                                                               :
                   -against-                       :       **NOTICE OF MOTION**
                                                               :       **FOR SUMMARY JUDGMENT**
ShiftPixy, Inc.,                                   :
                                                               :

                                Defendant.             :
                                                               :
----------------------------------------------- X

      PLEASE TAKE NOTICE that upon Plaintiff's Statement of Undisputed Material Facts Pursuant to Local Rule 56.1, dated September 17, 2019; the Declaration of Peter R. Ginsberg, dated September 17, 2019 and the exhibits thereto; and the accompanying memorandum of law, plaintiff Dominion Capital LLC will move this Court, in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting Plaintiff summary judgment on all counts of its complaint.

      PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's September 10, 2019 Order (ECF 25), opposing affidavits and answering memoranda shall be served on or before October 1, 2019, and reply papers, if any, shall be served on or before October 7, 2019.

| | |
|---|---|
| Dated:  New York, New York<br>            September 17, 2019 | SULLIVAN & WORCESTER LLP<br><br>By:  /s/David E. Danovitch<br>     Peter R. Ginsberg<br>     David E. Danovitch<br>1633 Broadway, 32nd Floor<br>New York, NY 10019<br>Telephone:  (212) 660-3000<br>prginsberg@sullivanlaw.com<br>ddanovitch@sullivanlaw.com<br><br>*Attorneys for Plaintiff Dominion Capital LLC* |