# EXHIBIT 19

| | |
|---|---|
| **From:** | Scott Absher </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E849E851F5D44EE0B87D98EFD61115C6-SWABSHER> |
| **To:** | Mikhail Gurevich |
| **Sent:** | 6/5/2019 12:59:08 PM |
| **Subject:** | Re: 6/7/18 Note Amortization #8 |

That will be part of our conversation.

Get Outlook for Android

---

**From:** Mikhail Gurevich <mikhail@domcapllc.com>
**Sent:** Wednesday, June 5, 2019 12:28:23 PM
**To:** Scott Absher
**Subject:** Re: 6/7/18 Note Amortization #8

Ok thanks. And please let me know on the Monday cash payment, it was 268k.

On Wed, Jun 5, 2019 at 1:12 PM Scott Absher <scott.absher@shiftpixy.com> wrote:
Understood.  Same here.

I will ping you tomorrow when I get back in the office to figure out a time to talk.

Best,

Scott

Get Outlook for Android

---

**From:** Mikhail Gurevich <mikhail@domcapllc.com>
**Sent:** Wednesday, June 5, 2019 10:01:34 AM
**To:** Scott Absher
**Subject:** Re: 6/7/18 Note Amortization #8

Ok np, lmk what works. I was told through the grapevine that you don't want us converting, which I don't have an issue with, and we are fine accepting cash payments, all I'm asking is for there to be open communication so we don't run into misunderstandings. I always like to settle things directly without playing broken telephone through the lawyers.

On Wed, Jun 5, 2019 at 12:57 PM Scott Absher <scott.absher@shiftpixy.com> wrote:
We are at LD Micro all day in one on ones

Get Outlook for Android

---

**From:** Mikhail Gurevich <mikhail@domcapllc.com>
**Sent:** Wednesday, June 5, 2019 9:43:26 AM
**To:** Scott Absher
**Subject:** Re: 6/7/18 Note Amortization #8

Does 1:30pm est work for you?

On Wed, Jun 5, 2019 at 9:27 AM Scott Absher <scott.absher@shiftpixy.com> wrote:
We are.

Scott W. Absher

ShiftPixy, Inc.

scott.absher@shiftpixy.com

Direct Phone 949-975-9100

Office Phone 888-798-9100

1 Venture

Suite 150

Irvine, CA 92618

www.shiftpixy.com

Sent from my mobile device.

---

**From:** Mikhail Gurevich <mikhail@domcapllc.com>
**Sent:** Tuesday, June 4, 2019 6:59:01 PM
**To:** Scott Absher
**Subject:** Re: 6/7/18 Note Amortization #8

Scott, I'd like to resolve this without lawyers involved if possible. Let me know if you are open to that.

On Mon, Jun 3, 2019, 4:04 PM Mikhail Gurevich <mikhail@domcapllc.com> wrote:
I believe you have until Wed 6pm to make the payment, as allowed by the cure period.

My intention is to resolve this amicably.

On Mon, Jun 3, 2019 at 3:41 PM Scott Absher <scott.absher@shiftpixy.com> wrote:


Not happening.


Our lawyers will be in touch.


**From:** Mikhail Gurevich <mikhail@domcapllc.com>
**Sent:** Monday, June 3, 2019 10:57 AM

**To:** Patrice Launay <patrice.launay@shiftpixy.com>, Scott Absher <scott.absher@shiftpixy.com>
**Subject:** 6/7/18 Note Amortization #8

Hello,

Amortization for this Note is due Today, please let me know when we can expect payment of $268,333.33.

Thank you.

--

_____

**Mikhail Gurevich**
Managing Partner
**Dominion Capital LLC**
256 West 38th Street • 15th Floor • New York NY 10018
Office: 212-785-4680
Direct: 212-785-4681
Mobile: 203-293-8313
Fax: 708-844-2883
Email: mikhail@domcapllc.com

CONFIDENTIALITY NOTICE:
This email is confidential, intended for only the recipients named above and may contain information that is private, confidential, privileged, attorney work product or exempt from disclosure under applicable law. If you have received this email in error or are not a named recipient, please note that any use, dissemination, distribution or copying of this email or any attachment is strictly prohibited.  Therefore, please notify immediately the sender or dominion.legal@domcapllc.com, delete this email and its attachments from your computer and do not disclose, retain, copy or use this email or its attachments for any purpose.  Thank you.

_____

*****************************************************************
CONFIDENTIALITY NOTICE:
This email is confidential, intended for only the recipients named above and may contain information that is private, confidential, privileged, attorney work product or exempt from disclosure under applicable law. If you have received this email in error or are not a named recipient, please note that any use, dissemination, distribution or copying of this email or any attachment is strictly prohibited.  Therefore, please notify immediately the sender or legal@domcapllc.com, delete this email and its attachments from your computer and do not disclose, retain, copy or use this email or its attachments for any purpose.  Thank you.
*****************************************************************

--

_____

**Mikhail Gurevich**
Managing Partner
**Dominion Capital LLC**
256 West 38th Street • 15th Floor • New York NY 10018

Office: 212-785-4680
Direct: 212-785-4681
Mobile: 203-293-8313
Fax: 708-844-2883
Email: mikhail@domcapllc.com

CONFIDENTIALITY NOTICE:
This email is confidential, intended for only the recipients named above and may contain information that is private, confidential, privileged, attorney work product or exempt from disclosure under applicable law. If you have received this email in error or are not a named recipient, please note that any use, dissemination, distribution or copying of this email or any attachment is strictly prohibited.  Therefore, please notify immediately the sender or dominion.legal@domcapllc.com, delete this email and its attachments from your computer and do not disclose, retain, copy or use this email or its attachments for any purpose.  Thank you.
_____

******************************************************************
CONFIDENTIALITY NOTICE:
This email is confidential, intended for only the recipients named above and may contain information that is private, confidential, privileged, attorney work product or exempt from disclosure under applicable law. If you have received this email in error or are not a named recipient, please note that any use, dissemination, distribution or copying of this email or any attachment is strictly prohibited.  Therefore, please notify immediately the sender or legal@domcapllc.com, delete this email and its attachments from your computer and do not disclose, retain, copy or use this email or its attachments for any purpose.  Thank you.
******************************************************************

--
_____

**Mikhail Gurevich**
Managing Partner
**Dominion Capital LLC**
256 West 38th Street • 15th Floor • New York NY 10018
Office: 212-785-4680
Direct: 212-785-4681
Mobile: 203-293-8313
Fax: 708-844-2883
Email: mikhail@domcapllc.com

CONFIDENTIALITY NOTICE:
This email is confidential, intended for only the recipients named above and may contain information that is private, confidential, privileged, attorney work product or exempt from disclosure under applicable law. If you have received this email in error or are not a named recipient, please note that any use, dissemination, distribution or copying of this email or any attachment is strictly prohibited.  Therefore, please notify immediately the sender or dominion.legal@domcapllc.com, delete this email and its attachments from your computer and do not disclose, retain, copy or use this email or its attachments for any purpose.  Thank you.
_____

******************************************************************
CONFIDENTIALITY NOTICE:
This email is confidential, intended for only the recipients named above and may contain information that is private, confidential, privileged, attorney work product or exempt from disclosure under applicable law. If you have received this email in error or are not a named recipient, please note that any use, dissemination, distribution or copying of this email or any attachment is strictly prohibited.  Therefore, please notify immediately the sender or legal@domcapllc.com, delete this email and its attachments from your computer and do not disclose, retain, copy or use this email or its attachments for any purpose.  Thank you.
******************************************************************

--
_____

**Mikhail Gurevich**
Managing Partner
**Dominion Capital LLC**
256 West 38th Street • 15th Floor • New York NY 10018
Office: 212-785-4680
Direct: 212-785-4681

Mobile: 203-293-8313
Fax: 708-844-2883
Email: mikhail@domcapllc.com

CONFIDENTIALITY NOTICE:
This email is confidential, intended for only the recipients named above and may contain information that is private, confidential, privileged, attorney work product or exempt from disclosure under applicable law. If you have received this email in error or are not a named recipient, please note that any use, dissemination, distribution or copying of this email or any attachment is strictly prohibited. Therefore, please notify immediately the sender or dominion.legal@domcapllc.com, delete this email and its attachments from your computer and do not disclose, retain, copy or use this email or its attachments for any purpose. Thank you.
_____

*******************************************************************************
CONFIDENTIALITY NOTICE:
*This email is confidential, intended for only the recipients named above and may contain information that is private, confidential, privileged, attorney work product or exempt from disclosure under applicable law. If you have received this email in error or are not a named recipient, please note that any use, dissemination, distribution or copying of this email or any attachment is strictly prohibited.  Therefore, please notify immediately the sender or legal@domcapllc.com, delete this email and its attachments from your computer and do not disclose, retain, copy or use this email or its attachments for any purpose.  Thank you.*
*******************************************************************************

--
_____

**Mikhail Gurevich**
Managing Partner
**Dominion Capital LLC**
256 West 38th Street • 15th Floor • New York NY 10018
Office: 212-785-4680
Direct: 212-785-4681
Mobile: 203-293-8313
Fax: 708-844-2883
Email: mikhail@domcapllc.com

CONFIDENTIALITY NOTICE:
This email is confidential, intended for only the recipients named above and may contain information that is private, confidential, privileged, attorney work product or exempt from disclosure under applicable law. If you have received this email in error or are not a named recipient, please note that any use, dissemination, distribution or copying of this email or any attachment is strictly prohibited.  Therefore, please notify immediately the sender or dominion.legal@domcapllc.com, delete this email and its attachments from your computer and do not disclose, retain, copy or use this email or its attachments for any purpose.  Thank you.
_____