# EXHIBIT 22

| | |
|---|---|
| **From:** | Mikhail Gurevich <mikhail@domcapllc.com> |
| **To:** | Scott Absher |
| **CC:** | Alon Brenner; Patrice Launay; Victoria Bateman; Kirk Flagg; DWAC; Ops; Randy Katz; Danovitch, David E.; Adelstein, Michael; Thierry Valat De Córdova; Jason Diamond |
| **Sent:** | 6/25/2019 12:04:25 PM |
| **Subject:** | Re: PIXY 500k Note Conversion 1 |

You have two business days to deliver the shares as per the documents.

On Tue, Jun 25, 2019 at 1:23 PM Scott Absher <scott.absher@shiftpixy.com> wrote:

We are preparing a form 25 to voluntarily delist the company.  The shares would not have any value.

**From:** Mikhail Gurevich <mikhail@domcapllc.com>
**Sent:** Tuesday, June 25, 2019 7:40 AM
**To:** Scott Absher <scott.absher@shiftpixy.com>
**Cc:** Alon Brenner <alon.brenner@domcapllc.com>; Patrice Launay <patrice.launay@shiftpixy.com>; Victoria Bateman <victoria@vstocktransfer.com>; Kirk Flagg <kirk.flagg@shiftpixy.com>; DWAC <dwac@vstocktransfer.com>; Ops <ops@domcapllc.com>; Randy Katz <rkatz@bakerlaw.com>; Danovitch, David E. <ddanovitch@sullivanlaw.com>; Adelstein, Michael <MAdelstein@kelleydrye.com>; Thierry Valat De Córdova <thierry@domcapllc.com>; Jason Diamond <jdiamond@spartancapital.com>
**Subject:** Re: PIXY 500k Note Conversion 1

On what grounds?

On Tue, Jun 25, 2019, 10:37 AM Scott Absher <scott.absher@shiftpixy.com> wrote:

These conversions are rejected.

Scott W. Absher

ShiftPixy, Inc.

scott.absher@shiftpixy.com

Direct Phone 949-975-9100

Office Phone 888-798-9100

1 Venture

Irvine, CA 92618

Sent from my mobile device

ShiftPixy002151

**From:** Alon Brenner <alon.brenner@domcapllc.com>
**Sent:** Tuesday, June 25, 2019 7:30:58 AM
**To:** Patrice Launay; Victoria Bateman; Scott Absher; Kirk Flagg; dwac@vstocktransfer.com
**Cc:** Dominion Capital Operations; Mikhail Gurevich
**Subject:** PIXY 500k Note Conversion 1

Hi Patrice/Kirk,

Please confirm receipt of this email and provide issuance instructions for this conversion notice.

Regards

--

**Alon Brenner**
COO & Head Of Capital Markets
**Dominion Capital LLC**
256 West 38th Street • 15th Floor • New York NY 10018
Office: 212-785-4683
Mobile: 646-831-6862
Fax: 708-844-2883
Email:  Alon.Brenner@Domcapllc.com

*************************************************************************
CONFIDENTIALITY NOTICE:
This email is confidential, intended for only the recipients named above and may contain information that is private, confidential, privileged, attorney work product or exempt from disclosure under applicable law. If you have received this email in error or are not a named recipient, please note that any use, dissemination, distribution or copying of this email or any attachment is strictly prohibited.  Therefore, please notify immediately the sender or legal@domcapllc.com, delete this email and its attachments from your computer and do not disclose, retain, copy or use this email or its attachments for any purpose.  Thank you.

*************************************************************************

*************************************************************************
CONFIDENTIALITY NOTICE:
This email is confidential, intended for only the recipients named above and may contain information that is private, confidential, privileged, attorney work product or exempt from disclosure under applicable law. If you have received this email in error or are not a named recipient, please note that any use, dissemination, distribution or copying of this email or any attachment is strictly prohibited.  Therefore, please notify immediately the sender or legal@domcapllc.com, delete this email and its attachments from your computer and do not disclose, retain, copy or use this email or its attachments for any purpose.  Thank you.

*************************************************************************

*************************************************************************
CONFIDENTIALITY NOTICE:
This email is confidential, intended for only the recipients named above and may contain information that is private, confidential, privileged, attorney work product or exempt from disclosure under applicable law. If you have received this email in error or are not a named recipient, please note that any use, dissemination, distribution or copying of this email or any attachment is strictly prohibited.  Therefore, please notify immediately the sender or legal@domcapllc.com, delete this email and its attachments from your computer and do not disclose, retain, copy or use this email or its attachments for any purpose.  Thank you.
*************************************************************************

--

_____

**Mikhail Gurevich**
Managing Partner
**Dominion Capital LLC**
256 West 38th Street • 15th Floor • New York NY 10018
Office: 212-785-4680
Direct: 212-785-4681
Mobile: 203-293-8313
Fax: 708-844-2883
Email: mikhail@domcapllc.com

CONFIDENTIALITY NOTICE:
This email is confidential, intended for only the recipients named above and may contain information that is private, confidential, privileged, attorney work product or exempt from disclosure under applicable law. If you have received this email in error or are not a named recipient, please note that any use, dissemination, distribution or copying of this email or any attachment is strictly prohibited.  Therefore, please notify immediately the sender or dominion.legal@domcapllc.com, delete this email and its attachments from your computer and do not disclose, retain, copy or use this email or its attachments for any purpose.  Thank you.
_____

ShiftPixy002153