# EXHIBIT 33

| | |
|---|---|
| From: | Patrice Launay </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=6FA86050F3014945B0AAF0A56BD31F41-PATRICE.LAU> |
| To: | Alon Brenner; Victoria Bateman; Scott Absher; Kirk Flagg; dwac@vstocktransfer.com |
| CC: | Mikhail Gurevich; Dominion Capital Operations; David Danovitch |
| Sent: | 7/5/2019 11:50:51 AM |
| Subject: | RE: PIXY 500k Note Conversion 3 - Final |

We deny the conversion

From: Alon Brenner <alon.brenner@domcapllc.com>
Sent: Friday, July 5, 2019 11:35 AM
To: Patrice Launay <patrice.launay@shiftpixy.com>; Victoria Bateman <victoria@vstocktransfer.com>; Scott Absher <scott.absher@shiftpixy.com>; Kirk Flagg <kirk.flagg@shiftpixy.com>; dwac@vstocktransfer.com
Cc: Mikhail Gurevich <mikhail@domcapllc.com>; Dominion Capital Operations <ops@domcapllc.com>; David Danovitch <ddanovitch@sullivanlaw.com>
Subject: PIXY 500k Note Conversion 3 - Final

Hi Scott/Kirk,

Please confirm receipt of this email and provide issuance instructions for this conversion notice so that the shares can be delivered within 2 business days as per the investment documents.

Regards

--
**Alon Brenner**
COO & Head Of Capital Markets
**Dominion Capital LLC**
256 West 38th Street • 15th Floor • New York NY 10018
Office: 212-785-4683
Mobile: 646-831-6862
Fax: 708-844-2883
Email:  Alon.Brenner@Domcapllc.com

***********************************************************************
CONFIDENTIALITY NOTICE:
This email is confidential, intended for only the recipients named above and may contain information that is private, confidential, privileged, attorney work product or exempt from disclosure under applicable law. If you have received this email in error or are not a named recipient, please note that any use, dissemination, distribution or copying of this email or any attachment is strictly prohibited.  Therefore, please notify immediately the sender or legal@domcapllc.com, delete this email and its attachments from your computer and do not disclose, retain, copy or use this email or its attachments for any purpose.  Thank you.
***********************************************************************