

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

212 660 3000
sullivanlaw.com

By ECF

October 14, 2019

Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *Dominion Capital LLC v. ShiftPixy, Inc.*, 19-cv-6704 (PGG)

Dear Judge Gardephe:

In accordance with Rules I(A) and IV(D) of the Individual Rules of Practice of Judge Paul G. Gardephe for Civil Cases, Plaintiff Dominion Capital LLC is prepared to participate in oral argument on its Motion for Summary Judgment if the Court believes that such oral argument would be helpful.

Thank you for your attention to this matter.

Respectfully submitted,

*/s/ David E. Danovitch*

David E. Danovitch

cc:   Martin E. Karlinsky (by ECF)
      John C. Clough (by ECF)