UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOMINION CAPITAL LLC,

                Plaintiff,

v.

SHIFTPIXY, INC.,

                Defendant.

**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

19 Civ. 6704 (PGG) (RWL)

PAUL G. GARDEPHE, U.S.D.J.:

        The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | |
|---|---|
| ☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ☐ Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ☐ Specific Non-Dispositive Motion/Dispute:* _____ | ☐ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ☐ Habeas Corpus |
| | ☐ Social Security |
| ☐ Settlement* | ☒ Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: Dkt. No. 34 |
| ☐ Inquest After Default/ Damages Hearing | All such motions: _____ |

*Do not check if already referred for general pretrial.

Dated: New York, New York
       October 1̲6̲, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge