UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

Dominion Capital LLC,

                  Plaintiff,

-against-

ShiftPixy, Inc.,

                  Defendant.
----------------------------------------X

Case No. 19-cv-6704 (PGG)

STIPULATION AND ORDER OF DISMISSAL OF COUNTERCLAIMS WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(2) and 41(c), Plaintiff and Counter-Defendant Dominion Capital LLC ("Dominion Capital") and Defendant and Counter-Plaintiff ShiftPixy, Inc. (Shiftpixy"), by and through their respective undersigned attorneys, stipulate and agree that Shiftpixy's Counterclaims against Dominion Capital (Docket No. 28) in the above-captioned action are dismissed, with prejudice and without costs or fees as to either party.

Dated: October 4, 2019

Peter R. Ginsberg
David E. Danovitch
**Sullivan & Worcester LLP**
1633 Broadway
New York, NY 10019
(212) 660-3000 (phone)
prginsberg@sullivanlaw.com
ddanovitch@sullivanlaw.com

*Attorneys for Plaintiff Dominion Capital LLC*

Martin E. Karlinsky
**Karlinsky LLC**
103 Mountain Road
Cornwall-on-Hudson, NY 12520
(603) 433-6300 (phone)
martin.karlinsky@karlinskyllc.com

- and –

John C. Clough
**Fitzgerald Yap Kreditor LLP**
2 Park Plaza, Suite 850
Irvine, CA 92614
(949) 788-8900 (phone)
jclough@fyklaw.com

*Attorneys for Defendant ShiftPixy, Inc.*

SO ORDERED:

_____
HON. PAUL G. GARDEPHE, U.S.D.J.

Dec. 23, 2019