

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

212 660 3000
sullivanlaw.com

By ECF

January 10, 2020

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   Dominion Capital LLC v. ShiftPixy, Inc., 19-cv-6704 (PGG);
      <u>Assented-to Request for Telephonic Appearance</u>

Dear Judge Gardephe:

We represent Plaintiff Dominion Capital LLC ("Dominion") in the above-captioned case pending before your Honor. On January 9, 2020, your Honor so ordered Dominion's letter motion for a conference, setting a conference for January 14, 2020 at 11:00 AM [Docket No. 51].

Lead counsel Peter R. Ginsberg is required to be in Anchorage, Alaska at the time of the scheduled hearing in preparation for a 28 U.S.C. § 2255 Habeas Corpus evidentiary hearing in the case *Hatton v. United States*, No. 3:14-0057-SLG-4, in the United States District Court for the District of Alaska.

With the consent of Mr. Karlinsky, counsel for ShiftPixy, Inc., we respectfully request that Mr. Ginsberg be permitted to participate in the January 14 conference via telephonic appearance.

Thank you for your attention to this matter.


Respectfully submitted,

/s/ David E. Danovitch

David E. Danovitch

cc:   Martin E. Karlinsky (by ECF)
      John C. Clough (by ECF)